United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-12273-elf
Joseph Carr                                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP          Page 1 of 1          Date Rcvd: Aug 17, 2018
                              Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2018.
13574523         Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:
      ALEXANDRA T. GARCIA    on behalf of Creditor   Hudson City Savings Bank, FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
      ANN E. SWARTZ    on behalf of Creditor   MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
      ANN E. SWARTZ    on behalf of Creditor   Hudson City Savings Bank, FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
      ANN E. SWARTZ    on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
      BRAD J. SADEK    on behalf of Debtor Joseph  Carr brad@sadeklaw.com,   bradsadek@gmail.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor   MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB ecfmail@mwc-law.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com
      MARISA MYERS COHEN    on behalf of Creditor   Hudson City Savings Bank, FSB mcohen@mwc-law.com
      RAYMOND M. KEMPINSKI    on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC. bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                        TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-12273-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph Carr
2822 Maggee Avenue
Philadelphia PA 19149

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/16/2018.

Name and Address of Alleged Transferor(s):

Claim No. 2: Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933

Name and Address of Transferee:

BANK OF AMERICA, N.A.
C/O CARRINGTON MORTGAGE SERVICES, LLC.
PO BOX 3730
Anaheim, CA 92806

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/19/18

Tim McGrath
**CLERK OF THE COURT**