Certificate Number: 03088-PAE-DE-025753877

Bankruptcy Case Number: 15-12273



03088-PAE-DE-025753877

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 21, 2015, at 8:26 o'clock PM CDT, Joseph Carr completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 22, 2015          By:    /s/David Nungesser for Doug Tonne

                               Name:  Doug Tonne

                               Title: Counselor