United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 15-12273-elf
Joseph Carr                                               Chapter 13
            Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: JEGilmore        Page 1 of 2          Date Rcvd: Aug 18, 2020
                            Form ID: 138NEW         Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.

```
db          +Joseph Carr,   2822 Maggee Avenue,   Philadelphia, PA 19149-2528
13577032     American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
             Los Angeles, CA  90051-5478
13503061    +Bank of America,   1800 Tapo Canyon Rd,   Simi Valley, CA 93063-6712
13574523     Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
13575527    +Hudson City Savings Ban FSB,   Bank of America N.A.,   PO Box 5170,
             Simi Valley, CA 93062-5170
13503065    +Xerox Solutions,   P.O. Box 41818,   Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: megan.harper@phila.gov Aug 19 2020 04:12:02   City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 19 2020 04:11:36
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 19 2020 04:11:52   U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13529997    +E-mail/Text: broman@amhfcu.org Aug 19 2020 04:11:46   American Heritage,   2060 Red Lion Rd.,
             Phila., PA 19115-1699
13503060    +E-mail/Text: broman@amhfcu.org Aug 19 2020 04:11:47   American Heritage Federal Credit Union,
             2060 Red Lion Rd,   Philadelphia, PA 19115-1699
14182464    +E-mail/Text: BKBCNMAIL@carringtonms.com Aug 19 2020 04:11:13   BANK OF AMERICA, N.A.,
             C/O CARRINGTON MORTGAGE SERVICES, LLC.,   PO BOX 3370,   Anaheim, CA 92803-3730
13503062    +E-mail/Text: EBN_IndianapolisIMC@receivemorermp.com Aug 19 2020 04:12:16
             Berks Credit & Collection,   900 Corporate Dr,   Reading, PA 19605-3340
13503064    +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 04:12:30   LVNV Funding LLC,
             P.O. Box 10497,   Greenville, SC 29603-0497
13577369     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 04:12:57
             LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13503063    +E-mail/Text: csdlclientservices@cboflanc.com Aug 19 2020 04:12:10   Lancaster Collections,
             218 W Orange St,   Lancaster, PA 17603-3746
13579464    +E-mail/Text: bankruptcy@philapark.org Aug 19 2020 04:12:13   Philadelphia Parking Authority,
             701 Market St.,   Suite 5400,   Philadelphia, PA 19106-2895
                                                                                     TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          BANK OF AMERICA, N.A.,   P.O. Box 660933,   DALLAS, TX  75266-0933
                                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
```
            ALEXANDRA T. GARCIA   on behalf of Creditor   Hudson City Savings Bank, FSB ecfmail@mwc-law.com,
            ecfmail@ecf.courtdrive.com
            ANN E. SWARTZ   on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com,
            ecfmail@ecf.courtdrive.com
            ANN E. SWARTZ   on behalf of Creditor   MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T
            BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB ecfmail@mwc-law.com,
            ecfmail@ecf.courtdrive.com
            ANN E. SWARTZ   on behalf of Creditor   Hudson City Savings Bank, FSB ecfmail@mwc-law.com,
            ecfmail@ecf.courtdrive.com
```

District/off: 0313-2          User: JEGilmore          Page 2 of 2          Date Rcvd: Aug 18, 2020
                             Form ID: 138NEW          Total Noticed: 17

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          BRAD J. SADEK    on behalf of Debtor Joseph  Carr brad@sadeklaw.com,  bradsadek@gmail.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY ALSO
           KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
          MARISA MYERS COHEN    on behalf of Creditor    Hudson City Savings Bank, FSB
           ecfmail@ecf.courtdrive.com,  mcohen@mwc-law.com
          RAYMOND M. KEMPINSKI    on behalf of Creditor    Bank of America, N.A. raykemp1006@gmail.com,
           raykemp1006@gmail.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE
           SERVICES, LLC. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 14

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

___

In Re: Joseph Carr

               Debtor(s)

Bankruptcy No: 15−12273−elf

Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2.  Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3.  Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 8/18/20

55 − 54
Form 138_new
