United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph Carr  
    Debtor

Case No. 15-12273-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: PaulP　　Page 1 of 1　　Date Rcvd: Sep 18, 2020  
　　　　　　　　　　　Form ID: 195　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2020.  
db　　　　+Joseph Carr,　 2822 Maggee Avenue,　 Philadelphia, PA 19149-2528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2020 at the address(es) listed below:

    ALEXANDRA T. GARCIA　　on behalf of Creditor　 Hudson City Savings Bank, FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
    ANN E. SWARTZ　　on behalf of Creditor　 MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
    ANN E. SWARTZ　　on behalf of Creditor　 Hudson City Savings Bank, FSB ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
    ANN E. SWARTZ　　on behalf of Creditor　 Bank of America, N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
    BRAD J. SADEK　　on behalf of Debtor Joseph　Carr brad@sadeklaw.com,　 bradsadek@gmail.com  
    CELINE P. DERRKRIKORIAN　　on behalf of Creditor　 MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB ecfmail@mwc-law.com  
    CELINE P. DERRKRIKORIAN　　on behalf of Creditor　 Bank of America, N.A. ecfmail@mwc-law.com  
    MARISA MYERS COHEN　　on behalf of Creditor　 Hudson City Savings Bank, FSB ecfmail@ecf.courtdrive.com,　 mcohen@mwc-law.com  
    RAYMOND M. KEMPINSKI　　on behalf of Creditor　 Bank of America, N.A. raykemp1006@gmail.com, raykemp1006@gmail.com  
    REBECCA ANN SOLARZ　　on behalf of Creditor　 Bank of America, N.A. bkgroup@kmllawgroup.com  
    REBECCA ANN SOLARZ　　on behalf of Creditor　 BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC. bkgroup@kmllawgroup.com  
    United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.　　ecfemails@ph13trustee.com,　 philaecf@gmail.com  
    WILLIAM C. MILLER, Esq.　　on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                                  : Chapter 13

Joseph Carr                                                                      : Case No. 15–12273–elf

       Debtor(s)

### ORDER
_____

    AND NOW, this day , September 18, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

59
Form 195